**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 14-CV-78 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $61,775.00 in U.S. Currency | ARREST - FORFEITURE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD S. HARTUNIAN, United States Attorney, NDNY
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 10 2014
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                     Fold

Please arrest the following currency and place it into your custody:
    $61,775.00 in U.S. Currency (13-DEA-583525)

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Geoffrey J. L. Brown, AUSA /s/ *Geoffrey J. L. Brown by GNW* | | 315-448-0672 | *January 29, 2014* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 52 | No. 52 | *U. Brzostowski* | 01/29/14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|
| 02/07/14 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | | | $55.00 | | $0.00 |

REMARKS: The above referenced $61,775.00 USC, CATS ID# 13-DEA-583525, has been in the custody of the U.S. Marshals Service since 06/11/13.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 10 2014
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Civil Action No. 5_14-CV-78 [GTS/DEP] |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| $61,775.00 in U.S. Currency, | ) | **ORIGINAL** |
| | ) | |
| **Defendant.** | ) | |

## WARRANT FOR ARREST OF ARTICLES IN REM

**TO THE UNITED STATES MARSHAL OF THE NORTHERN DISTRICT OF NEW YORK OR ANY SUBCONTRACTOR THEREOF AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

WHEREAS, a complaint of forfeiture was filed on __1/24/14__, in the United States District Court for the Northern District of New York, by RICHARD S. HARTUNIAN, United States Attorney and Geoffrey J. L. Brown, Assistant United States Attorney, on behalf of the United States of America, plaintiff, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. ¶ 881.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize defendant property, and use discretion and whatever means appropriate to protect and maintain said defendant property; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, and that you promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims,

U.S.D.C. for the Northern District of New York
I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Total Pages(s) __4__
Dated __1/27/14__ Lawrence K. Baerman, Clerk
By __dpk__ ,Deputy Clerk

thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official government internet website, www.forfeiture.gov; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after filing the claim, and any person having timely filed such claim and answer must appear before the United States District Court at __Syracuse_____, New York before the Honorable __Suddaby_____ on ____4/10/14_____, at ____10:00 AM____ ☐ a.m. ☐ p.m.

Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

All persons asserting an interest in the defendant property are required to file a claim in the Clerk's Office and to answer the complaint within the times above fixed: otherwise, judgment by default will be filed for the relief demanded in the complaint.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of New York, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367 with a copy thereof sent to Richard S. Hartunian, United States Attorney, Northern District of New York, Geoffrey J. L. Brown, Assistant United States Attorney, United States Attorney's Office, P.O. Box 7198, 100 South Clinton Street, Syracuse, New York 13261-7198.

      This warrant is issued pursuant to Rule G(3) of the Supplementary Rules for admiralty or Maritime and Asset Forfeiture Claims of the Federal Rules of Civil Procedure.

1/24/2014  
Date

Clerk of Court

s/ Sue Potter  
(By) Deputy Clerk

# UNITED STATES MARSHAL'S RETURN

| Northern New York | 01/29/14 | 02/06/14 |
|---|---|---|
| District | Date Received | Date Executed |

| David L. McNulty | *(signature)* |
|---|---|
| U.S. Marshal | (By) Deputy Marshal |